## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANDREL MARTINEZ, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 16-00564-GMS |
| | : | |
| | : | JURY TRIAL DEMANDED |
| THE STATE OF DELAWARE | : | |
| DEPARTMENT OF HOMELAND | : | |
| SECURITY/ DIVISION OF THE STATE | : | |
| POLICE; ALICE BAILEY, in her | : | |
| individual and official capacities; and | : | |
| NATHANIEL MCQUEEN, JR., in his | : | |
| individual and official capacities, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SERVICE

I, Anthony N. Delcollo, Esquire, hereby certify on the 17th day of October, 2017, copies of the foregoing *Notice of Service of Plaintiffs' Answers to Defendants' First Set of Interrogatories and Plaintiff's Response to Defendants' First Requests for Production* were served, via hand delivery upon the following:

Michael McTaggart, Esquire
Delaware Department of Justice
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, DE 19801

**Offit Kurman, PA**

/s/Anthony N. Delcollo
Anthony N. Delcollo, Esq. (#5688)
1201 N. Orange Street
Suite 10 East
Wilmington, DE 19801
(302) 351-0903
kfasic@offitkurman.com
adelcollo@offitkurman.com
*Attorneys for Plaintiff*

Dated: October 16, 2017
4823-3518-3180, v. 1