# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREL MARTINEZ, : | |
| : | |
| Plaintiff, : | |
| : | C.A. No. 1:16-cv-00564-GMS |
| v. : | |
| : | JURY TRIAL DEMANDED |
| THE STATE OF DELAWARE : | |
| DEPARTMENT OF HOMELAND : | |
| SECURITY/ DIVISION OF THE STATE : | |
| POLICE; ALICE BAILEY, in her : | |
| individual and official capacities; and : | |
| NATHANIEL MCQUEEN, JR., in his : | |
| Individual and official capacities, : | |
| : | |
| Defendants. : | |

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned attorney will take the oral and video deposition of Andrel Martinez, in the Delaware Department of Justice, 820 N. French Street, 6th Floor, Wilmington, DE 19801, on Wednesday, November 29, 2017 beginning at 9:00 a.m.

                                              **STATE OF DELAWARE**
                                              **DEPARTMENT OF JUSTICE**
                                              /s/ Michael F. McTaggart
                                              Michael F. McTaggart, I.D. #2682
                                              Deputy Attorney General
                                              Carvel State Building
                                              820 N. French Street, 6th Floor
                                              Wilmington, DE  19801
                                              (302) 577-8400
                                              Counsel for Defendants

Date:  October 31, 2017

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ANDREL MARTINEZ, : | |
| : | |
| Plaintiff, : | |
| : | C.A. No. 1:16-cv-00564-GMS |
| v. : | |
| : | JURY TRIAL DEMANDED |
| THE STATE OF DELAWARE : | |
| DEPARTMENT OF HOMELAND : | |
| SECURITY/ DIVISION OF THE STATE : | |
| POLICE; ALICE BAILEY, in her : | |
| individual and official capacities; and : | |
| NATHANIEL MCQUEEN, JR., in his : | |
| Individual and official capacities, : | |
| : | |
| Defendants. : | |

**CERTIFICATE OF MAILING AND/OR DELIVERY**

The undersigned certifies that on October 31, 2017, he caused the *Notice of Deposition* to be electronically filed with the Clerk of the Court using CM/ECF which will serve the following electronically:

Anthony N. Delcollo, Esquire
Offit Kurman, P.A.
1201 N. Orange Street, Suite 7257
Wilmington, DE 19801

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**
/s/ Michael F. McTaggart
Michael F. McTaggart, I.D. #2682
Deputy Attorney General
Carvel State Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Counsel for Defendants