IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANDREL MARTINEZ, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 1:16-cv-00564-RGA |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| THE STATE OF DELAWARE DEPARTMENT OF HOMELAND SECURITY/ DIVISION OF THE STATE POLICE; ALICE BAILEY, in her individual and official capacities; and NATHANIEL MCQUEEN, JR., in his individual and official capacities, | : : : : : : : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SERVICE

I, Anthony N. Delcollo, Esquire, hereby certify on the 8th day of November, 2017, that I caused a copy of *Plaintiffs' Second of Requests for Production* was served, via hand delivery upon the following:

Michael McTaggart, Esquire
Delaware Department of Justice
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, DE 19801

COOCH AND TAYLOR, P.A.

*/s/ Anthony N. Delcollo*
Anthony N. Delcollo, Esquire (DE 5688)
The Brandywine Building
1000 West Street, 10th FL
P.O. Box 1680
Wilmington, DE 19899-1680
(302) 984-3802 - Telephone
(302) 984-3939 - Facsimile
adelcollo@coochtaylor.com - E-Mail

November 8, 2017

00392899