**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ANDREL MARTINEZ, | : |
|        Plaintiff, | : |
| | :    C.A. No. 1:16-cv-00564-GMS |
| v. | : |
| | :    JURY TRIAL DEMANDED |
| THE STATE OF DELAWARE DEPARTMENT OF HOMELAND SECURITY/ DIVISION OF STATE POLICE; ALICE BAILEY, in her individual and official capacities; and NATHANIEL MCQUEEN, JR., in his individual and official capacities, | : |
|        Defendants. | : |

**ENTRY OF APPEARANCE**

Without waiver of any defenses, including, but not limited to, insufficiency of service, or insufficiency of service of process, any jurisdictional defense or any affirmative defense, please enter the appearance of Deputy Attorney General Adria B. Martinelli on behalf of defendants the State of Delaware Department of Homeland Security/Division of State Police, Alice Bailey, and Nathaniel McQueen, Jr. for the above-captioned matter.

                                         **STATE OF DELAWARE**
                                         **DEPARTMENT OF JUSTICE**

                                         /s/ *Adria B. Martinelli*
                                         Adria B. Martinelli, ID #4056
                                         Deputy Attorney General
                                         Carvel State Office Building
                                         820 North French Street, 6th Fl.
                                         Wilmington, Delaware 19801
                                         (302) 577-8400

Date: November 13, 2017