# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREL MARTINEZ, :<br><br>      Plaintiff, :<br>                        :<br>v.                             :<br>                             :<br>THE STATE OF DELAWARE :<br>DEPARTMENT OF HOMELAND :<br>SECURITY/ DIVISION OF THE STATE :<br>POLICE; ALICE BAILEY, in her :<br>individual and official capacities; and :<br>NATHANIEL MCQUEEN, JR., in his :<br>individual and official capacities, :<br>                             :<br>      Defendants. : | C.A. No. 1:16-cv-00564-GMS<br><br>JURY TRIAL DEMANDED |

TO:   Ms. Peggy Bell
       DELJIS
       802 Silver Lake Blvd., Suite 101
       Dover, DE 19904

**YOU ARE COMMANDED**

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

**YOU ARE COMMANDED**

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

**YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date and time specified below (list documents or objects):
**\*\*\*SEE ATTACHED NOTICE OF SUBPOENA DUCES TECUM IN AID OF EXECUTION**

| PLACE<br>Offit Kurman P.A.<br>One Commerce Center<br>1201 N. Orange St., Ste 10 East<br>Wilmington, DE 19801 | DATE AND TIME<br>Friday, December 1, 2017 by 4pm |
|---|---|

G    **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. *Delaware Superior Court Civil Rule 30(b)(6)*

REQUESTING PARTY'S NAME, ADDRESS AND PHONE NUMBER
Anthony N. Delcollo, Esq. for Plaintiff
Offit Kurman, P.A., One Commerce Center, 1201 N. Orange St., Ste 10 East, Wilmington, DE 19801
302-351-0903

ISSUING PARTY'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) _____ Plaintiff's attorney

DATE: 11/8/17

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREL MARTINEZ, | : |
|       Plaintiff, | : |
| | : C.A. No. 1:16-cv-00564-GMS |
| v. | : |
| | : JURY TRIAL DEMANDED |
| THE STATE OF DELAWARE DEPARTMENT OF HOMELAND SECURITY/ DIVISION OF THE STATE POLICE; ALICE BAILEY, in her individual and official capacities; and NATHANIEL MCQUEEN, JR., in his individual and official capacities, | : |
|       Defendants. | : |

*NOTICE OF SUBPOENA DUCES TECUM IN AID OF EXECUTION

To:   Ms. Peggy Bell, Executive Director
       DELJIS
       802 Silver Lake Blvd., Suite 101
       Dover, DE 19904

**PLEASE TAKE NOTICE** that Plaintiff, through their undersigned counsel, hereby subpoenas **DELJIS**, to provide and permit the inspection of the requested documents pursuant to a subpoena duces tecum in aid of execution on **Friday, December 1, 2017** by **4:00 p.m.**, at Offit Kurman, P.A., One Commerce Center, 1201 N. Orange Street, Suite 10 East, Wilmington, Delaware 19801. **Please note** that DELJIS is to furnish all originals, and/or clear, complete and legible copies of the following documents:

*DUCES TECUM:

For the period of January 1, 2007 until the present, please provide documentation, communications, e-mails, and any other information related to suspensions of access, hearings,

1

decisions subsequent to hearings, or investigations of individuals who were in the employ of the Delaware State Police and who violated or were alleged to have violated any statutory or regulatory provisions regarding access to DELJIS/CJIS information or dissemination of DELJIS/CJIS information. This request is particularly related to individuals whose access to DELJIS/CJIS was suspended or revoked subsequent to investigations or hearings for violations of Chapter 85 and 86 of Title II of the Delaware Code, or the Delaware Administrative Code Section 1301 Delaware Criminal Justice Information System Rules and Regulations.

OFFIT KURMAN, P.A.

Anthony N. Delcollo, Esq. (DE 5688)
Katherine R. Witherspoon, Esq. (DE 3348)
One Commerce Center
1201 N. Orange Street, Suite 10 East
Wilmington, DE 19801
(302)351-0904 - Telephone
(302) 351-498-9209 - Facsimile
*adelcollo@offitkurman.com*

DATED: November 8, 2017

2

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information or Objects or to Permit Inspection of Premises in a Civil action   (Page 2)

Civil Action No. 1:16-cv-00564-GMS.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45)*

I received this subpoena for *(name of individual and title, if any)* **Peggy Bell** on **11/8/2017**.

[ X ]  I served the subpoena by delivering a copy to the named person as follows: **Monica Bucci, authorized agent, 802 Silver Lake Boulevard, Suite 101, Dover, DE 19904** on *(date)* **11/9/2017** at **11:45 a.m.**; or

[  ]  I returned the subpoena unexecuted because :

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fee for one day's attendance, and the mileage allowed by law, in the amount of $_____.

My fees are $_____ for travel and $_____ for services, for a total of $___0.00___.

I declare under penalty of perjury that is information is true.

Date: **11/12/2017**

_____
*Server's signature*

**J. Brendan O'Rourke**, Special Process Server

O'Rourke Investigative Associates, Inc.
1225 North King Street, Suite 400
P. O. Box 368
Wilmington, DE 19899-0368

Additional information regarding attempted service, etc: