## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANDREL MARTINEZ, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 1:16-cv-00564-GMS |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| THE STATE OF DELAWARE | : | |
| DEPARTMENT OF HOMELAND | : | |
| SECURITY/ DIVISION OF THE STATE | : | |
| POLICE; ALICE BAILEY, in her | : | |
| individual and official capacities; and | : | |
| NATHANIEL MCQUEEN, JR., in his | : | |
| individual and official capacities, | : | |
| | : | |
| Defendants. | : | |

### CORRECTED AMENDED PROPOSED SCHEDULING ORDER

This <u>21st</u>  day of December 2017, the Court having conducted an initial Rule 16(b)

scheduling conference pursuant to Local Rule 16.1(b) on <u>December 18, 2017</u>, and the parties

having determined after discussion that the matter cannot be resolved at this juncture by

settlement, voluntary mediation, or binding arbitration;

IT IS ORDERED that:

1.      **Rule 26(a)(1) Initial Disclosures**: Unless otherwise agreed to by the parties, the

parties shall make their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a) on

or before **February 11, 2018**.

2.      **Joinder of Other Parties and Amendment of Pleading:**.  All motions to join

other parties, and to amend or supplement the pleadings, shall be filed on or before **June 1, 2018**.

3.      **Discovery**: All discovery in this case shall be initiated so that it will be completed

on or before **May 2, 2018**.

00262131

otherwise ordered by the Court.

      a.      **Discovery and Scheduling Maters**:  Should counsel find they are unable to resolve a discovery or scheduling matter, the party seeking the relief shall contact chambers at (302) 573-6470 to schedule a telephone conference. Not less than forty-eight hours prior to the teleconference, the parties shall file with the court, via electronic means (CM/ECF), a **Joint Letter Agenda**, which is **non-argumentative**, not to exceed two (2) pages outlining the issue(s) in dispute. A sample letter can be located on this court's website at www.ded.uscourts.gov. After the parties have had three (3) discovery teleconferences, they will be required to file a joint letter showing good cause why the court should permit a fourth discovery teleconference. Should the court find further briefing necessary upon conclusion of the telephone conference, unless otherwise directed, the party seeking relief shall file with the court a **TWO PAGE LETTER**, exclusive of exhibits, describing the issues in contention. The responding party shall file within five (5) days from the date of service of the opening letter an answering letter of no more than **TWO PAGES**. The party seeking relief may then file a reply letter of no more than **TWO PAGES** within three (3) days from the date of service of the answering letter.

      4.      **Confidential Information and Papers filed under Seal**:  Should counsel find it will be necessary to apply to the court for a protective order specifying terms and conditions for the disclosure of confidential information, they should confer and attempt to reach an agreement on a proposed form of order and submit it to the court within ten (10) days from the date of this order. When filing papers under seal, counsel should deliver to the Clerk an original and two copies of the papers.

**If, after making a diligent effort, the parties are unable to agree on the contents of the joint, proposed protective order, then they shall follow the dispute resolution process outlined in paragraph 3(a).**

5.      **Settlement Conference:**.  Pursuant to 28 U.S.C. section 636, this matter is referred to the United States Magistrate Judge for the purpose of exploring the possibility of a settlement. The parties shall wait to be contacted by the assigned United States Magistrate Judge.

6.      **Case Dispositive Motions**:  All case dispositive motions, an opening brief, and affidavits, if any, in support of the motion shall be served and filed on or before **June 1, 2018**. Briefing will be presented pursuant to the court's Local Rules. The parties may agree on an alternative briefing scheduling.  Any such agreement shall be in writing and filed with the Court for the Court's approval.  Any request for extensions of time as set forth in this Scheduling Order **must** be accompanied by an explanation or your request will be denied.

7.      **Applications by Motion:**  Except as provided in this Scheduling Order or for matters relating to scheduling, any application to the Court shall be by written motion filed, via electronic means (CM/ECF). Unless otherwise requested by the Court, counsel shall **not** deliver copies of papers or correspondence to Chambers. Any non-dispositive motion should contain the statement required by Local Rule 7.1.1.

8.      **Oral Argument**. If the Court believes that oral argument is necessary, the Court will schedule a hearing pursuant to Local Rule 7.1.4.

9.      **Pretrial Conference**.  On **September 14, 2018, at 10:00 a.m**. the Court will hold a Pretrial Conference, in Chambers for Jury trials and via telephone for Bench trials, with counsel. Unless otherwise ordered by the Court, the parties should assume that filing the Joint Pretrial Order satisfies the pretrial disclosure requirement in Federal Rule of Civil Procedure

26(a)(3). A sample form of Pretrial Order can be located on this court's website at

www.ded.uscourts.gov.  Thirty (30) days before the Joint Proposed Pretrial Order is due,

plaintiff's counsel shall forward to defendant's counsel a draft of the pretrial order containing the

information plaintiff proposes to include in the draft. Defendant's counsel shall, in turn, provide

to plaintiff's counsel any comments on the plaintiff's draft, as well as the information defendant

proposes to include in the proposed pretrial order. **Motions *in limine*[1]: NO MOTIONS *IN***

***LIMINE* SHALL BE FILED**; instead, the parties shall be prepared to address their evidentiary

issues at the Pretrial Conference and during trial (before and after the trial day). The parties shall

file with the court the **joint** Proposed Final Pretrial Order in accordance with the terms and with

the information required by the form of Final Pretrial Order, which can be located on this court's

website at www.ded.uscourts.gov on or before **September 7, 2018**.

      10.    **Trial**.  This matter is scheduled for a **three (3) day** jury trial beginning at 9:30

a.m. on **October 1, 2018**, with the subsequent trial days beginning at 9:30 a.m.  Until the case is

submitted to the jury for deliberations, the jury will be excused each day at 4:30 p.m.  The trial

will be timed, as counsel will be allocated a total number of hours in which to present their

respective cases.

      11.    **Scheduling:**  The parties shall contact chambers, at (302) 573-6470, only in

situations where scheduling relief is sought and only then when ALL participating counsel is on

the line for purposes of selecting a new date.

.

The Honorable Gregory M. Sleet

---

1. *The parties should simply list in an Exhibit to be attached to the Pretrial Order, the issues under a hearing such as "Plaintiff's [name of party] List of Evidentiary Issues It Intends to Raise."*

# EXHIBIT A

## PROPOSED DEADLINES

| Event | Deadline |
|---|---|
| Fact Discovery due | May 2, 2018 |
| Deadline for Dispositive Motions | June 1, 2018 |
| Deadline for Final Proposed Order | August 31, 2018 |
| Deadline for Final Pretrial Conference | September 14, 2018, Courtroom 4A @10 A.M. |
| 3 day Trial | 9:30 AM, Courtroom 4A, October 1-Oct. 3, 2018 |