

PENNSYLVANIA
VIRGINIA
NEW JERSEY
NEW YORK
DELAWARE
WASHINGTON, DC

Anthony N. Delcollo, Esq.
302-351-0903
adelcollo@offitkurman.com

April 18, 2018

**By CM/ECF**
The Honorable Gregory M. Sleet
U.S. District Court
District of Delaware
844 N. King Street
Unit 19
Wilmington, DE 19801-3569

      RE:    **Andrel Martinez v The State of Delaware et al**
              **District Case No. 16-cv-00564 GMS**
              **Our File No. 04270016.00001**

Dear Judge Sleet:

In anticipation of the discovery teleconference scheduled for Monday, April 23, 2018 at 10:00 a.m. in the above-captioned matter, the parties jointly submit the following items to be presented to the Court:

**Plaintiff's Issues**

- "Plaintiff request for additional depositions"

**Defendant's Issues**

- "Plaintiff's discovery request for internal affairs records."

                        Respectfully submitted,

                        /s/ *Anthony N. Delcollo*_____
                        Anthony N. Delcollo, Esquire (DE# 5688)



PENNSYLVANIA
VIRGINIA
NEW JERSEY
NEW YORK
DELAWARE
WASHINGTON, DC

AND/rlg

    cc: Clerk of Court
    Opposing Counsel