**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ANDREL MARTINEZ, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No. 16-564-GMS |
| : | |
| THE STATE OF DELAWARE : | |
| DEPARTMENT of HOMELAND : | |
| SECURITY/DIVISION OF THE STATE : | |
| POLICE; ALICE BAILEY, in her : | |
| Individual and official capacities; : | |
| and NATHANIEL : | |
| McQUEEN, JR., in his individual : | |
| and official capacities, : | |
| : | |
| Defendants. : | |

**SEALED**
**DEFENDANTS' OPENING BRIEF IN SUPPORT**
**OF SUMMARY JUDGMENT**

**REDACTED IN ITS ENTIRETY**

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Michael F. McTaggart
Michael F. McTaggart (ID #2682)
Adria Martinelli (ID #4056)
Deputy Attorneys General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorneys for Defendants

DATED: June 4, 2018