**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ANDREL MARTINEZ, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 16-564-GMS |
| | : | |
| THE STATE OF DELAWARE | : | |
| DEPARTMENT of HOMELAND | : | |
| SECURITY/DIVISION OF THE STATE | : | |
| POLICE; ALICE BAILEY, in her | : | |
| Individual and official capacities; | : | |
| and NATHANIEL | : | |
| McQUEEN, JR., in his individual | : | |
| and official capacities, | : | |
| | : | |
| Defendants. | : | |

**SEALED**

**DEFENDANTS' APPENDIX TO THEIR OPENING BRIEF**

**IN SUPPORT OF SUMMARY JUDGMENT**

**REDACTED IN ITS ENTIRETY**

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Michael F. McTaggart
Michael F. McTaggart (ID #2682)
Adria Martinelli (ID #4056)
Deputy Attorneys General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorneys for Defendants

DATED:  June 4, 2018