IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREL MARTINEZ, | : |
| Plaintiff, | : |
| v. | : |
| THE STATE OF DELAWARE DEPARTMENT of HOMELAND SECURITY/DIVISION OF THE STATE POLICE; ALICE BAILEY, in her Individual and official capacities; and NATHANIEL McQUEEN, JR., in his individual and official capacities, | : C.A. No. 16-564-GMS |
| Defendants. | : |

**SEALED**
**DEFENDANTS' REPLY BRIEF**
**IN SUPPORT OF SUMMARY JUDGMENT**

**REDACTED IN ITS ENTIRETY**

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Michael F. McTaggart
Michael F. McTaggart (ID #2682)
Adria Martinelli (ID #4056)
Deputy Attorneys General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorneys for Defendants

DATED: July 17, 2018

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on July 17, 2018, he caused the *Redacted [Sealed] Defendants' Reply Brief in Support of Summary Judgment* to be filed with this Court using CM/ECF and served via U.S. Mail to the following person:

Anthony Delcollo, Esquire
Offit Kurman
1201 North Orange Street, Suite 10 East
Wilmington, DE 19801
Attorney for Plaintiff

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/ Michael F. McTaggart
        Michael F. McTaggart (ID #2682)
        Adria Martinelli (ID #4056)
        Deputy Attorneys General
        Carvel State Office Building
        820 N. French Street, 6th Floor
        Wilmington, DE 19801
        (302) 577-8400
        Attorneys for Defendants